IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FILED IN CHAMBERS**
U.S.D.C. - Atlanta
AUG 1 2 2016
James N. Hatten, Clerk
By: /s/ AMCa___
Deputy Clerk

MARISOL GRANADOS, :
:
    Plaintiff :
: CIVIL ACTION FILE
v. : NO. 1:16-CV-988-ODE
:
PLATINUM TITAN ENTERPRISES OF :
GEORGIA, INC., :
:
    Defendant :

ORDER

This civil case is before the Court on the Suggestion of Bankruptcy filed by Plaintiff on August 3, 2016 [Doc. 5]. The document informs the Court that Defendant filed for Chapter 11 bankruptcy protection on June 15, 2015. Therefore, the automatic stay provisions of the Bankruptcy Code are in effect as to Defendant. See 11 U.S.C. § 362. Accordingly, this action is hereby STAYED and the Clerk is DIRECTED to administratively close the case. The matter may be reopened upon request of Plaintiff.

SO ORDERED, this __11__ day of August, 2016.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE